# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

TIMOJENE WATSON,     )
                     )
     Plaintiff,     )
                     )
v.                   )     CV417-120
                     )
YASH DESAI,     )
                     )
     Defendant.     )

## ORDER

*Pro se* plaintiff Timojene Watson moves to dismiss her employment discrimination Complaint. *See* doc. 6. Although she does not cite any authority, the Court assumes that she seeks voluntarily dismissal pursuant to Fed. R. Civ. P. 41(a). Since no defendant has been served, and thus no answer has been filed, she may voluntarily dismiss without a court order. *See* Fed. R. Civ. P. 41(a)(1)(A). Therefore her Complaint should be **DISMISSED without prejudice**, and her motion (doc. 6) should be **DENIED** as moot.

     **SO ORDERED,** this <u>2nd</u> day of November, 2017.

<u>                                </u>
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA